**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELIZABETH CHAPMAN,**

        **Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-754-UAM**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO EAJA (Doc. No. 20)** |
| **FILED:** | **September 17, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Elizabeth Chapman, seeks an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing and remanding the decision below was entered on August 10, 2007. Doc. No. 19. An award of fees and expenses is, therefore, ripe for consideration.

Chapman's attorney seeks $2,309.31 in attorney's fees for 14.27 hours of work. The hourly rate he seeks is $161.83 for work performed in 2006 pursuant to a provision in the EAJA that allows the Court to adjust the statutory hourly rate based on changes in the cost of living. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked.

After reviewing the papers submitted by Chapman, the Court finds that the fees requested are appropriate in the absence of objection.

It is, therefore, ORDERED that Chapman is awarded $2,309.31 attorney's fees.

**DONE** and **ORDERED** in Orlando, Florida on September 28, 2007.

*Donald P. Dietrich*
DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE